UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STACEY L. TOWE,

    Plaintiff,

    v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:13-cv-577
JUDGE GREGORY L. FROST
Magistrate Judge Kemp

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's April 7, 2014 Report and Recommendation ("R&R") (ECF No. 22). In that filing, the Magistrate Judge considered the administrative record, Plaintiff's statement of specific errors, the Commissioner of Social Security's ("Commissioner") response in opposition, and Plaintiff's reply. The Magistrate Judge recommended that the Court sustain Plaintiff's statement of specific errors and remand this case to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four.

The R&R advised the parties that, if any party sought review by the District Judge, that party may file objections to the R&R within fourteen (14) days. (ECF No. 22, at 18–19.) The R&R further advised the parties that the failure to object within fourteen days would "result in a waiver of the right to have the district judge review the Report & Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report & Recommendation." (*Id*. at 19.)

The Court has reviewed the R&R. Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the R&R (ECF No. 22), **SUSTAINS** Plaintiff's statement of specific errors, and **REMANDS** this case to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four.

**IT IS SO ORDERED**.

>**/s/ Gregory L. Frost**
>**GREGORY L. FROST**
>**UNITED STATES DISTRICT JUDGE**