UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STACEY L. TOWE,

    Plaintiff,

  v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:13-cv-577
JUDGE GREGORY L. FROST
Magistrate Judge Kemp

## ORDER

This matter is before the Court for consideration of the parties' stipulation for award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (ECF No. 25.) Pursuant to that stipulation, Plaintiff is awarded the sum of $4,800.00. The award of attorney fees satisfies all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412. If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

    **IT IS SO ORDERED**.

                                                   /s/ Gregory L. Frost
                                                 **GREGORY L. FROST**
                                                 **UNITED STATES DISTRICT JUDGE**